**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| |
|---|
| **JOSHUA DELLER, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff,*<br><br>v.<br><br>**DREXEL UNIVERSITY,**<br><br>*Defendant.* |

**Case No. 2:23-cv-03746-JDW**

### ORDER

**AND NOW**, this 30th day of January, 2024, upon review of the docket and in light of Plaintiff Joshua Deller having filed an Amended Complaint (ECF No. 13), it is **ORDERED** that Defendant Drexel University's Motion To Dismiss Pursuant To Rule 12(b)(6) (ECF No. 11) is **DENIED AS MOOT**.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J**.