**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSHUA DELLER, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Civil Action No. 2:23-cv-03746 |
| v. | |
| DREXEL UNIVERSITY, | |
| Defendant. | |

**DEFENDANT DREXEL UNIVERSITY'S
MOTION FOR SUMMARY JUDGMENT**

Defendant Drexel University respectfully submits this Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56. Plaintiff's allegations fail to state a claim upon which relief can be granted, and the facts show that there are no disputed issues of material fact to submit to a jury. Accordingly, for the reasons discussed in Drexel's contemporaneously filed Memorandum of Law in Support of this Motion for Summary Judgment, this Court should grant Drexel summary judgment and enter final judgment in Drexel's favor.

WHEREFORE, Drexel respectfully requests that this Court enter an Order granting summary judgment.

Dated: March 8, 2024                       Respectfully submitted,

                                          */s/ Michael E. Baughman*
                                          Michael E. Baughman, Esq.
                                          Christopher R. Healy, Esq.
                                          TROUTMAN PEPPER HAMILTON
                                          SANDERS LLP
                                          3000 Two Logan Square
                                          Eighteenth & Arch Streets
                                          Philadelphia, PA 19103-2799
                                          215.981.4000
                                          michael.baughman@troutman.com
                                          christopher.healy@troutman.com

                                          *Attorneys for Defendant Drexel University*

**<u>CERTIFICATE OF SERVICE</u>**

I, Michael E. Baughman, hereby certify that on March 8, 2024, I filed a true and correct copy of the foregoing Defendant Drexel University's Motion for Summary Judgment, together with the Memorandum of Law in support thereof and all supporting exhibits and attachments with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the parties of record.

*/s/ Michael E. Baughman*
Michael E. Baughman