# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSHUA DELLER, on behalf of himself and all others similarly situated,**<br><br>*Plaintiff,*<br><br>v.<br><br>**DREXEL UNIVERSITY,**<br><br>*Defendant.* | **Case No. 2:23-cv-03746-JDW** |

## SCHEDULING ORDER

**AND NOW**, this 16th day of January, 2025, following a Zoom conference with counsel for the Parties, and pursuant to Federal Rule of Civil Procedure 16 and Local Rule of Civil Procedure 16.1(b), it is **ORDERED** as follows.

1. On or before January 31, 2025, the Parties shall meet and confer to set aside dates to hold open for depositions before the close of discovery. The Parties shall submit a letter to the Court, via email to Chambers_of_Judge_Wolson@paed.uscourts.gov, that identifies the dates that will be set aside for these depositions.

2. All motions to amend the Complaint and to join or add additional parties shall be filed on or before January 31, 2025.

3. On or before February 14, 2025, the Parties shall submit an agreed-upon stipulation to govern the production of electronically stored information in this case and a proposed confidentiality order to govern discovery in this case.

4. The Parties shall appear for a telephonic status conference at 2:00 p.m. EST on May 2, 2025. My Chambers will provide the Parties with a dial-in number in advance of that call.

5. The deadline for substantial completion of document production is June 27, 2025.

6. Each Party shall serve any affirmative expert reports (meaning an expert report that the Party will use in its case-in-chief), if any, on or before October 3, 2025.

7. Each Party shall serve any rebuttal expert reports (meaning an expert report that the Party will use to rebut an expert opinion from its opponent), if any, on or before November 14, 2025.

8. A party intending to offer lay witness opinion testimony must disclose the name of any witness who will offer such an opinion and a brief summary of each such opinion at the same time the expert reports are exchanged.

9. The Parties shall complete all discovery by December 12, 2025.

10. Motions for summary judgment and class certification, if any, shall be filed by January 30, 2026.  Motions for summary judgment or class certification and responses

shall be filed in the form prescribed in my Policies and Procedures and in accordance with the Court's Local Rules of Civil Procedure.

11.  Counsel for all Parties shall refer to my Policies and Procedures regarding all matters of correspondence with the Court;

12. This case is referred to Magistrate Judge Scott W. Reid for purposes of conducting settlement proceedings, as Judge Reid deems appropriate. The Parties shall update Judge Wolson on the status of settlement discussions no later than thirty (30) days before the close of discovery.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.