IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSHUA DELLER, on behalf of himself and all others similarly situated,**<br><br>*Plaintiff,*<br><br>v.<br><br>**DREXEL UNIVERSITY,**<br><br>*Defendant.* | **Case No. 2:23-cv-03746-JDW** |

### ORDER

**AND NOW**, this 1st day of May, 2025, following a status conference with counsel for the Parties, it is **ORDERED** that the Scheduling Order issued on January 16, 2025 (ECF No. 35) is amended as follows:

1. The deadline for substantial completion of document production is September 12, 2025;

2. Each Party shall serve affirmative expert reports (meaning an expert report that the Party will use in its case-in-chief), if any, on or before December 19, 2025;

3. Each Party shall serve rebuttal expert reports (meaning an expert report that the Party will use to rebut an expert opinion from its opponent), if any, on or before January 30, 2026;

4. The Parties shall complete all discovery by February 27, 2026;

5. Motions for summary judgment and class certification, if any, shall be filed by April 17, 2026. Motions for summary judgment or class certification and responses shall be filed in the form prescribed in my Policies and Procedures and in accordance with the Court's Local Rules of Civil Procedure.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.